**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6747**

EVANS LEE JONES,

        Petitioner - Appellant,

    v.

M. PETTIFORD, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, District Judge.  (3:06-cv-02597-CMC)

Submitted:  July 22, 2008        Decided:  July 28, 2008

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Evans Lee Jones, Appellant Pro Se.  Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evans Lee Jones, a federal prisoner, appeals the district court's order denying his post-judgment motion for order to show cause. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jones v. Pettiford, No. 3:06-cv-02597-CMC (D.S.C. filed Apr. 30, 2008; entered May 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED